HUI CHEN & ASSOCIATES, PLLC
136-20 38th Avenue Suite 9E
Flushing, NY 11354
Tel: (718) 463-2666
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

SHASHA ZHANG
Individually and on Behalf of All Other Employees Similarly Situated,

      *Plaintiff(s)*,

-against-

NEXUS HOLIDAYS NEW YORK INC., and
NEXUS HOLIDAYS GROUP INC.,
SHANGHAI YILIAN INTERNATIONAL TRAVEL AGENCY LTD., LINGMIN ZHANG a/k/a MARC ZHANG, MATTHEW WANG, and
John Doe and Jane Doe

      *Defendant(s)*,
_____X

Index No: 20-cv-00275(AMD)(CLP)

**[PROPOSED]**
**PUBLICATION ORDER**

      **WHEREAS,** Plaintiff and the putative class of individuals having made an application to implement a court-supervised notification to the putative class members under 29 U.S.C. § 216(b), and;

      **WHEREAS** the Court having read and considered the proposed Notice of Pendency and Consent to Joinder form and

      **WHEREAS** the Court finding that there exists substantial and sufficient grounds for entering this Order;

**IT IS HEREBY ORDERED** that:

1. Within fifteen (15) days after entry of this Order, Defendants shall furnish to Plaintiff's counsel and the designated notice administrator an Excel spreadsheet containing:

   a. first and last name;

   b. last known address with apartment number (if applicable);

   c. the last known telephone numbers;

   d. last known e-mail address;

   e. work location, dates of employment and position of **all current and former non-exempt non-managerial employees** employed at any time from January 16, 2017 to the present by:

   (1) Nexus Holidays New York Inc. located at 41-60 Main Street Suite 215, Flushing, New York 11355

   This mailing list shall be treated by the Parties as confidential.

2. This mailing list shall be accompanied by an Affidavit from Defendants certifying that the name list is complete from employment records.

3. No Defendants or Named Plaintiff shall be included in this list.

4. This mailing list shall be treated by the Parties as confidential.

5. The Notice of Pendency and Consent to Joinder shall be shall be disseminated, ni any relevant language, via mail and email, to all members of the collective.

6. A short form of the notice may also be published to social media groups specifically targeting the English, and Chinese-speaking American immigrant worker community.

7. The Notice of Pendency and Consent to Joinder shall be posted by the defendants in a conspicuous location at:

>   (1) Nexus Holidays New York Inc. located at 41-60 Main Street Suite 215, Flushing, New York 11355

8. Within thirty (30) days after receipt of a complete and accurate with all fields filled out and with the correct number of persons) Defendants' Excel spreadsheet, or thirty six (36) days after the entry of this Order, whichever is later, the Plaintiff or their designated representatives shall cause a copy of the Notice of Pendency and Consent to Joinder Form to be mailed by first class mail.

9. A Reminder Postcard shall issue via First Class U.S. Mail and email to members fo the Collective who, as of half-way through the completion of the notice period, have not submitted a completed Consent to Join Form;

10. The Notice of Pendency and Consent to Joinder shall indicate that opt-in plaintiffs, should a significant number of Notices be returned as undeliverable with no forwarding address, must consent to join the action within ninety (90) days from the date notice is mailed.

11. Should Defendants fail to furnish a complete Excel list as detailed in Paragraph 1 above **OR** more than 20% of Notices be returned as undeliverable with no forwarding address, Plaintiff reserves the right to apply to the Court for permission to cause a copy of the Notice of Pendency, substantially in the same form as attached to the Plaintiff's Motion for Conditional Collective Certification, to be published in an English, Chinese, and Spanish language newspapers at Defendants' expense for Defendants' failure to furnish accurate addresses.

12. The equitable tolling on the statute of limitation on this suit be tolled for 90 days until the expiration of the opt-in period.

The Court approves the form of the Notice of Pendency and Consent to Joinder, and finds that the mailing of such Notice, substantially in the manner and form set forth in Paragraph 1 of this Order, will constitute the best notice practicable under the circumstances to members of the Class. A copy of the notice will be posted in the agreed upon areas.

**BY ORDER OF THE COURT**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**