**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

SHASHA ZHANG, *et al.,*

                          *Plaintiffs*,

    -against-

NEXUS HOLIDAYS NEW YORK INC., *et al.*,

                          *Defendants.*

------------------------------------------------------------------X

Civil Action No. **1:20-cv-275**

**AFFIRMATION OF SERVICE OF COURT ORDER TO DEFENDANTS**

JOEY TSAI, an attorney licensed to practice in this state and before this Court, affirms under the penalties of perjury, as follows:

On July 26, 2024, I served the Court's Order Dated July 23, 2024 (Docket Entry No. 46) on all Defendants, including NEXUS HOLIDAYS NEW YORK INC., NEXUS HOLIDAYS GROUP INC., MATTHEW WANG, and LINGMIN ZHANG via electronic mail to their email addresses on file. Furthermore, on July 26, 2024, I served the Order by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to Defendants Matthew Wang, Nexus Holidays Group Inc., Nexus Holidays New York Inc. at the address set forth below:

Matthew Wang / Nexus Holidays Group Inc. / Nexus Holidays New York Inc.
2145B S China Place
Chicago, IL 60616

Dated: New York, New York
       July 26, 2024

                                        */s/ Joey Tsai*_____
                                        Joey Tsai
                                        Tsai PLLC
                                        535 Fifth Avenue

Fourth Floor
New York, NY 10017
*Attorneys for Defendants*