UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHASHA ZHANG, *et al.*,

                    Plaintiffs,

       -against-                                 **ORDER**
                                                  20 CV 275 (AMD) (CLP)

NEXUS HOLIDAYS NEW YORK INC., *et al.*,

                    Defendants.
------------------------------------------------------------X

**POLLAK**, United States Magistrate Judge:

       On July 23, 2024, the Court granted the motion to withdraw filed by counsel for defendants Nexus Holidays New York Inc., Nexus Holidays Group Inc., and Matthew Wang and gave defendants until August 23, 2024 to find new counsel. (ECF No. 46). As of the date of this Order, no new counsel has filed a notice of appearance on behalf of any of the defendants.

       While Mr. Wang, as an individual, may represent himself in this action *pro se*, meaning that he proceeds to defend the case without an attorney, corporations are not allowed to proceed in federal court without counsel. See La Barbera v. Federal Metal & Glass Corp., 666 F. Supp. 2d 341, 348 (E.D.N.Y. 2009) (holding "a failure to obtain counsel constitutes a failure to defend because corporations cannot proceed in federal court pro se"). Therefore, given that the corporate defendants in this case have not obtained counsel, plaintiffs may seek to have a default entered against the corporate defendants.

       In addition, because no attorney has filed a notice of appearance on behalf of Mr. Wang, plaintiffs may also seek to have a default entered against him unless he contacts this Court by September 13, 2024 and indicates that he intends to represent himself in this case.

       The parties are Ordered to submit a status report to the Court by **September 20, 2024**.

A copy of this Order will be mailed to the *pro se* defendants by the Court.

**SO ORDERED.**

Dated: September 6, 2024
Brooklyn, New York

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

# Federal Pro Se Legal Assistance Project

The Federal Pro Se Legal Assistance Project is a free service offered by the City Bar Justice Center of the New York City Bar Association.

## Who We Help:
- Self-represented (pro se) plaintiffs and defendants with civil cases in the U.S. District Court for the Eastern District of New York.
- Individuals thinking about filing a federal case pro se in the E.D.N.Y.
- *We cannot assist incarcerated litigants until they return to the community.*
- *We cannot assist with criminal matters.*

## Services We Provide:
- <u>Limited-scope legal counseling</u> by an attorney. "Limited-scope" assistance means that the Project attorney cannot take your case for representation. After you meet with us, you will still act as your own lawyer on your case.
- Explaining federal court procedures and rules involved in your case.
- Advising you about potential federal claims before you file a lawsuit.
- Advice on drafts of court papers.
- Providing referrals to legal, governmental, and social services.

## How to Get Free Legal Help:
- Walk-in consultation hours:
  - Mondays from 1:00 p.m. – 3:00 p.m.
  - Wednesdays from 1:00 p.m. – 3:00 p.m.

- Scheduled consultation hours (*please call for an appointment*).

- Please leave a voicemail at 212.382.4729; or
- Complete our intake form at https://www.citybarjusticecenter.org/fedpro/intake on your phone or computer.



Federal Pro Se Legal Assistance Project
c/o U.S. District Court, E.D.N.Y.
225 Cadman Plaza East, Room 108N
Brooklyn, NY 11201
(212) 382-4729
www.citybarjusticecenter.org

*Nov. 10, 2022*