UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHASHA ZHANG, *et al.*,

                Plaintiffs,

   -against-                                **ORDER**
                                              20 CV 275 (AMD) (CLP)

NEXUS HOLIDAYS NEW YORK INC., *et al.*,

                Defendants.
------------------------------------------------------------X
**POLLAK**, United States Magistrate Judge:

        On July 23, 2024, the Court granted the motion to withdraw filed by counsel for defendants Nexus Holidays New York Inc., Nexus Holidays Group Inc., and Matthew Wang and gave defendants until August 23, 2024 to find new counsel. (ECF No. 46). No new counsel filed a notice of appearance on behalf of any of the defendants by that deadline.

        Accordingly, on September 6, 2024, this Court entered an Order holding that plaintiffs could seek to have a default entered against the corporate defendants, as corporations are not allowed to proceed in federal court without counsel. (ECF No. 48); see La Barbera v. Federal Metal & Glass Corp., 666 F. Supp. 2d 341, 348 (E.D.N.Y. 2009). The Court also advised that plaintiffs could seek to have a default entered against the individual defendant, Mr. Wang, if Mr. Wang did not contact the Court by September 13, 2024 indicating that he wishes to proceed *pro se*. (Id.) The Court also Ordered the parties to submit a status report by September 20, 2024. (Id.)

        To date, defendant Wang has not contacted the Court, and the parties have not filed a status report. Plaintiffs have failed to move the case forward in over six months.

        Accordingly, if plaintiffs do not move for an entry of default against defendants or

provide a status report by **April 11, 2025**, this Court will recommend that the case be dismissed for failure to prosecute.

A copy of this Order will be mailed to the *pro se* defendants by the Court.

**SO ORDERED.**

Dated: March 28, 2025
       Brooklyn, New York

                                     /s/ Cheryl L. Pollak
                                     Cheryl L. Pollak
                                     United States Magistrate Judge
                                     Eastern District of New York